ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletree.com
DANA B. SALMONSON
Nevada Bar No. 11180
dana.salmonson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant TELUS International (U.S.) Corp.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIELLE MEAGHER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TELUS INTERNATIONAL (U.S.) CORP.,<br><br>Defendant. | Case No.:   2:20-cv-02074-JAD-DJA<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Brielle Meagher ("Plaintiff") and Defendant TELUS International (U.S.) Corp ("Defendant"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendant to respond to Plaintiff's Complaint (ECF No. 4).  Defendant's response to the Complaint is currently due December 15, 2020; however, given that Defendant has just been retained, Defendant requests an extension of time up to and including January 12, 2021 in which to respond.  This is the parties' first request for an extension of time.

. . .

. . .

1  This Stipulation is made in good faith and is not intended for purposes of delay.

2  DATED this 14th day of December, 2020.    DATED this 14th day of December, 2020.

3  BROWN, LLC    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Nicholas R. Conlon    /s/ *Dana B. Salmonson*

Nicholas R. Conlon (*admitted pro hac vice*)    Anthony L. Martin
111 Town Square Place, Suite 400    Nevada Bar No. 8177
Jersey City, NJ  07310    Dana B. Salmonson
   Nevada Bar No. 11180
Don Springmeyer    Wells Fargo Tower
Nevada Bar No. 1021    Suite 1500
Bradley S. Schrager    3800 Howard Hughes Parkway
Nevada Bar No. 10217    Las Vegas, NV  89169
WOLF, RIFKIN, SHAPIRO, SCHULMAN &    *Attorneys for Defendant*
RABKIN, LLP
3556 E. Russell Road, Second Floor
Las Vegas, NV  89120
*Attorneys for Plaintiff*

IT IS SO ORDERED.

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE
December 15, 2020
_____
DATED

- 2 -