ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletree.com
DANA B. SALMONSON
Nevada Bar No. 11180
dana.salmonson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant TELUS International (U.S.) Corp.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIELLE MEAGHER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TELUS INTERNATIONAL (U.S.) CORP.,<br><br>Defendant. | Case No.:   2:20-cv-02074-RFB-DJA<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Brielle Meagher ("Plaintiff") and Defendant TELUS International (U.S.) Corp ("Defendant"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendant to respond to Plaintiff's Complaint (ECF No. 4).  Defendant's response to the Complaint is currently due January 12, 2020; however, the parties are evaluating whether a stay of this matter is appropriate in order to explore early resolution and determine whether or not mediation would be appropriate.  As a result, Defendant requests an extension of time up to and including January 26, 2021 in which to respond.  This is the parties' second request for an extension of time.  The first request was filed on December 14, 2020 (ECF No. 9) and granted on December 15, 2020 (ECF No. 11).

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 12th day of January, 2021.

DATED this 12th day of January, 2021.

BROWN, LLC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Nicholas R. Conlon*

Nicholas R. Conlon (*admitted pro hac vice*)
111 Town Square Place, Suite 400
Jersey City, NJ  07310

Don Springmeyer
Nevada Bar No. 1021
KEMP JONES, LLP
3800 Howard Hughes Parkway
Wells Fargo Tower, 17th Floor
Las Vegas, NV  89169
*Attorneys for Plaintiff*

/s/ *Dana B. Salmonson*

Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
*Attorneys for Defendant*

IT IS SO ORDERED.

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE
   January 13, 2021
_____
DATED

- 2 -