WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
Bradley S. Schrager
Nevada Bar No. 10217
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
bschrager@wrslawyers.com
*Local Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BRIELLE MEAGHER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TELUS INTERNATIONAL (U.S.) CORP.<br><br>Defendant. | Case No.: 2:20-cv-02074-RFB-DJA<br><br>**PLAINTIFF'S MOTION TO WITHDRAW WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP AS COUNSEL OF RECORD** |

**TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local rule IA 11-6(b), Plaintiff Brielle Meagher ("Plaintiff"), respectfully moves the Court to withdraw the following attorney who represented Plaintiff while at the law firm Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP("Wolf Rifkin") as counsel of record for Plaintiff:

Bradley Schrager, Esq. - bschrager@wrslawyers.com

Neither Wolf Rifkin nor the attorney identified above are representing Plaintiff in this action any longer, and they should be removed from all further notices. The law firms Kemp Jones and Brown, LLC continue to serve as counsel for Plaintiff in this action through the other attorneys of record identified on the Court's CM/ECF system service list. Accordingly, the proposed withdrawal of Wolf Rifkin will not result in delay of any discovery, hearing or trial. Notice of the proposed withdrawal of the attorney identified above has already been provided to Plaintiff, and is being provided to opposing counsel through this filing.

1  For the reasons stated above, Plaintiff respectfully requests that the Court enter an order withdrawing Wolf Rifkin and counsel identified above as counsel of record for Plaintiff..

DATED: January 25, 2021

WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP

By: /s/ Bradley Schrager
Bradley S. Schrager
Nevada Bar No. 10217
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
bschrager@wrslawyers.com

*Local Counsel for Plaintiff*

**IT IS SO ORDERED.**

DATED: January 26, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2021, a true and correct copy of **PLAINTIFF'S MOTION TO WITHDRAW WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP AS COUNSEL OF RECORD** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Dannielle Fresquez*
Dannielle Fresquez, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP