ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletree.com
DANA B. SALMONSON
Nevada Bar No. 11180
dana.salmonson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant TELUS International (U.S.) Corp.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIELLE MEAGHER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TELUS INTERNATIONAL (U.S.) CORP.,<br><br>Defendant. | Case No.:   2:20-cv-02074-RFB-DJA<br><br>**STIPULATION AND ORDER FOR AN EXTENSION TO STAY ALL PROCEEDINGS PENDING SETTLEMENT DISCUSSIONS**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Brielle Meagher ("Plaintiff") and Defendant TELUS International (U.S.) Corp ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to stay all proceedings in this action for sixty (62) days up to and including Monday, March 29, 2021 (as the 60th day falls on a Saturday) to allow the parties to explore early resolution and to determine whether or not mediation would be appropriate in this matter.  This is the parties' first request for an extension of time.

. . .

. . .

. . .

- 1 -

1  This Stipulation is made in good faith and is not intended for purposes of delay.

2  DATED this 26th day of January, 2021.  DATED this 26th day of January, 2021.

3  BROWN, LLC  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Nicholas R. Conlon*  /s/ *Dana B. Salmonson*
Nicholas R. Conlon (*admitted pro hac vice*)  Anthony L. Martin
111 Town Square Place, Suite 400  Nevada Bar No. 8177
Jersey City, NJ  07310  Dana B. Salmonson
  Nevada Bar No. 11180
Don Springmeyer  Wells Fargo Tower
Nevada Bar No. 1021  Suite 1500
KEMP JONES, LLP  3800 Howard Hughes Parkway
3800 Howard Hughes Parkway  Las Vegas, NV  89169
Wells Fargo Tower, 17th Floor  *Attorneys for Defendant*
Las Vegas, NV  89169
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 11th day of February, 2021.

- 2 -