ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletree.com
DANA B. SALMONSON
Nevada Bar No. 11180
dana.salmonson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant TELUS International (U.S.) Corp.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIELLE MEAGHER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TELUS INTERNATIONAL (U.S.) CORP.,<br><br>Defendant. | Case No.: 2:20-cv-02074-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND CURRENT STAY PENDING MEDIATION**<br><br>**(THIRD REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Brielle Meagher ("Plaintiff") and Defendant TELUS International (U.S.) Corp ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to continue the current stay in this action to allow the parties to attend mediation in this matter. The current stay ends June 15, 2021. (ECF No. 27.) The parties had scheduled mediation for June 8, 2021 but, due to unforeseen circumstances, the mediation has been continued to July 1, 2021. Accordingly, the parties are requesting to continue the current stay to July 12, 2021. This is the parties' third request for an extension of time. The first request for an extension of time was filed on January 26, 2021 (ECF No. 21) and granted on

February 11, 2021 (ECF No. 23). The second request for an extension of time was filed on March 24, 2021 (ECF No. 26) and granted on March 25, 2021 (ECF No. 27).

The purpose of the Stay is to promote judicial economy and allow this court to more effectively control the disposition of the cases on its docket with economy of time and effort for itself, for counsel, and the litigants. *See Landis v. N. Am. Co*., 299 U.S. 248, 254 (U.S. 1936) ("the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants"); *Pate v. DePay Orthopedics, Inc*. 2012 WL 3532780, at * 2 (D. Nev. Aug. 14, 2012) ("A trial court may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case"), citing *Leyva v. Certified Grocers of Cal., Ltd.* 593 F.2d 857, 863 (9th Cir. 1979).

Pending the outcome of the parties' mediation, the parties will provide a Status Report to the Court no later than July 12, 2021 setting forth the following dates:

1) Should the parties resolve this matter at mediation, the parties will set forth a briefing schedule for joint settlement approval.

2) Should the parties be unsuccessful, Defendant will have up to and including August 2, 2021 to file its response to Plaintiff's Class Action Complaint.

Should the parties need additional time in excess of the stay for reasons related to rescheduling of the mediator, they reserve the right to request additional time from the Court.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 4th day of May, 2021.  DATED this 4th day of May, 2021.

BROWN, LLC   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Nicholas R. Conlon*   /s/ *Dana B. Salmonson*

Nicholas R. Conlon (*admitted pro hac vice*)  Anthony L. Martin
Jason T. Brown (*admitted pro hac vice*)   Nevada Bar No. 8177
111 Town Square Place, Suite 400   Dana B. Salmonson
Jersey City, NJ 07310    Nevada Bar No. 11180
      Wells Fargo Tower
Don Springmeyer     Suite 1500
Nevada Bar No. 1021    3800 Howard Hughes Parkway
KEMP JONES, LLP     Las Vegas, NV 89169
3800 Howard Hughes Parkway   *Attorneys for Defendant*
Wells Fargo Tower, 17th Floor
Las Vegas, NV 89169
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 6th day of May, 2021.

- 3 -