ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletree.com
DANA B. SALMONSON
Nevada Bar No. 11180
dana.salmonson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant TELUS International (U.S.) Corp.*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIELLE MEAGHER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TELUS INTERNATIONAL (U.S.) CORP.,<br><br>Defendant. | Case No.:  2:20-cv-02074-RFB-DJA<br><br>**THIRD SUPPLEMENTAL JOINT STATUS REPORT REGARDING SETTLEMENT** |

Plaintiff Brielle Meagher ("Plaintiff") and Defendant TELUS International (U.S.) Corp. ("Defendant"), by and through their respective counsel of record, hereby submit this Third Supplemental Joint Status Report Regarding Settlement.  On July 12, 2021, the parties submitted their Joint Status Report Regarding Settlement (ECF No. 30) informing this Court that the parties attended private mediation with the Honorable Philip Pro (Ret.) on July 1, 2021 and that, after taking time to consider the mediator's settlement proposal, on July 9, 2021, the parties confirmed that they had come to a settlement in principle.  The parties further requested up to and including July 26, 2021 to finalize the terms of the settlement.  (*Id.*)

The parties next filed their First Supplemental Joint Status Report Regarding Settlement on July 26, 2021 (ECF No. 31) and Second Supplemental Joint Status Report Regarding Settlement on September 22, 2021 (ECF No. 32) as they continued to work on the terms of settlement in this matter.

The parties have come to an agreement as to the terms of the settlement; however, they still require additional time to put together a more comprehensive Settlement Agreement, including the proposed content of applicable Notice(s).

As a result, the parties propose a deadline of December 1, 2021 to finalize the Settlement Agreement and December 22, 2021 in which to file the Motion for Preliminary Class Action Approval.

DATED this 1st day of November, 2021.

BROWN, LLC

/s/ *Nicholas R. Conlon*
Nicholas R. Conlon (*admitted pro hac vice*)
Jason T. Brown (*admitted pro hac vice*)
111 Town Square Place, Suite 400
Jersey City, NJ  07310

Don Springmeyer
Nevada Bar No. 1021
KEMP JONES, LLP
3800 Howard Hughes Parkway
Wells Fargo Tower, 17th Floor
Las Vegas, NV  89169
*Attorneys for Plaintiff*

DATED this 1st day of November, 2021.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Dana B. Salmonson*
Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
*Attorneys for Defendant*

APPROVED:

DATED this 2nd day of November, 2021.

_____
RICHARD F. BOULWARE, II
United States District Judge

- 2 -