ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletree.com
DANA B. SALMONSON
Nevada Bar No. 11180
dana.salmonson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant TELUS International (U.S.) Corp.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIELLE MEAGHER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TELUS INTERNATIONAL (U.S.) CORP.,<br><br>Defendant. | Case No.: 2:20-cv-02074-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT MOTION FOR PRELIMINARY CLASS ACTION APPROVAL**<br><br>(***First Request***) |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Brielle Meagher ("Plaintiff") and Defendant TELUS International (U.S.) Corp ("Defendant"), (collectively referred to as "the Parties"), by and through their respective undersigned counsel, hereby stipulate and agree to a three-week extension of time for the Parties to file their Joint Motion for Preliminary Class Action Approval ("Joint Motion"). This is the Parties' first request to extend the Joint Motion deadline.

On November 1, 2021, the Parties filed a Third Supplemental Joint Status Report Regarding Settlement ("Status Report") (ECF No. 33) which was granted on November 2, 2021 (ECF No. 34). In the Status Report, the Parties indicated to this Court that they would have their

Settlement Agreement finalized by December 1, 2021 and have the Joint Motion for Preliminary Class Action Approval finalized and filed by December 22, 2021 (ECF No. 34.)  The parties now seek to extend the time to file the Motion for Preliminary Class Action Approval up to and including January 12, 2022.  The parties are in the process of finalizing all of the settlement documents, including their Joint Motion, Notice, Claim Forms, etc.; however, defense counsel was dealing with a family emergency that delayed in finalizing the documents for filing.  As a result, and given the holidays, the parties would like until January 12, 2022 to submit the Joint Motion.

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 17th day of December, 2021.   DATED this 17th day of December, 2021.

BROWN, LLC                                                     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Nicholas R. Conlon*                                  /s/ *Dana B. Salmonson*
Nicholas R. Conlon (*admitted pro hac vice*)   Anthony L. Martin
Jason T. Brown (*admitted pro hac vice*)         Nevada Bar No. 8177
111 Town Square Place, Suite 400              Dana B. Salmonson
Jersey City, NJ 07310                                    Nevada Bar No. 11180
                                                                       Wells Fargo Tower
Don Springmeyer                                          Suite 1500
Nevada Bar No. 1021                                   3800 Howard Hughes Parkway
KEMP JONES, LLP                                      Las Vegas, NV 89169
3800 Howard Hughes Parkway                   *Attorneys for Defendant*
Wells Fargo Tower, 17th Floor
Las Vegas, NV 89169
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

December 20, 2021
DATED

49621802.1

- 2 -