ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletree.com
DANA B. SALMONSON
Nevada Bar No. 11180
dana.salmonson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888
*Attorneys for Defendant TELUS International (U.S.) Corp.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BRIELLE MEAGHER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TELUS INTERNATIONAL (U.S.) CORP.,<br><br>Defendant. | Case No.:   2:20-cv-02074-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT MOTION FOR PRELIMINARY CLASS ACTION APPROVAL**<br><br>(***Second Request***) |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Brielle Meagher ("Plaintiff") and Defendant TELUS International (U.S.) Corp ("Defendant") (collectively referred to as "the Parties"), by and through their respective undersigned counsel, hereby stipulate and agree to a three-week extension of time for the Parties to file their Joint Motion for Preliminary Class Action Approval ("Joint Motion").  The current deadline is January 12, 2022.  This is the Parties' second request to extend the Joint Motion deadline. The first request was made on December 17, 2021 as defense counsel was dealing with a family emergency that delayed the parties in finalizing the documents for filing.  (ECF No. 35.) That Stipulation was granted on December 20, 2021. (ECF No. 36.)

Good cause exists to extend the deadline a second time.  The parties are in the process of finalizing all of the settlement documents, including their Joint Motion, Notice, Claim Forms, etc.;

however, defense counsel need additional time gathering and finalizing the putative Plaintiff data to include in the settlement documents and finalize ahead of providing the information to the Third Party Administrator ("TPA") so that the parties can obtain a cost quote to include in the Joint Motion and related settlement documents. As a result, the parties would like until February 1, 2022 to submit the Joint Motion.

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 12th day of January, 2022.　　DATED this 12th day of January, 2022.

BROWN, LLC　　OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Nicholas R. Conlon*　　*/s/ Dana B. Salmonson*

Nicholas R. Conlon (*admitted pro hac vice*)　　Anthony L. Martin
Jason T. Brown (*admitted pro hac vice*)　　Nevada Bar No. 8177
111 Town Square Place, Suite 400　　Dana B. Salmonson
Jersey City, NJ  07310　　Nevada Bar No. 11180
　　10801 W. Charleston Blvd.
Don Springmeyer　　Suite 500
Nevada Bar No. 1021　　Las Vegas, NV  89135
KEMP JONES, LLP　　*Attorneys for Defendant*
3800 Howard Hughes Parkway
Wells Fargo Tower, 17th Floor
Las Vegas, NV  89169
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 13th day of January, 2022.

- 2 -