1
2
3
4
5
6
7
8

ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletree.com
DANA B. SALMONSON
Nevada Bar No. 11180
dana.salmonson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888
*Attorneys for Defendant TELUS International (U.S.) Corp.*

9
10

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

11
12
13
14
15
16
17

BRIELLE MEAGHER, individually, and on behalf of all others similarly situated,

Plaintiff,

vs.

TELUS INTERNATIONAL (U.S.) CORP.,

Defendant.

Case No.:   2:20-cv-02074-RFB-DJA

**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT MOTION FOR PRELIMINARY CLASS ACTION APPROVAL**

(***Third Request***)

18
19
20
21
22
23
24
25
26
27
28

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Brielle Meagher ("Plaintiff") and Defendant TELUS International (U.S.) Corp ("Defendant") (collectively referred to as "the Parties"), by and through their respective undersigned counsel, hereby stipulate and agree to a ten (10) day extension of time for the Parties to file their Joint Motion for Preliminary Class Action Approval ("Joint Motion").  The current deadline is February 1, 2022.  This is the Parties' third request to extend the Joint Motion deadline. The first request was made on December 17, 2021 as defense counsel was dealing with a family emergency that delayed the parties in finalizing the documents for filing.  (ECF No. 35.) That Stipulation was granted on December 20, 2021. (ECF No. 36.)   The second request was made on January 12, 2022 as defense counsel needed additional time to gather and finalize the putative Plaintiff data to include in the settlement documents and

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV  89135
TELEPHONE: 702.369.6800

- 1 -

1    finalize for the Third Party Administrator.  (ECF No. 38.)   That Stipulation was granted on

2    January 14, 2022.  (ECF No. 39.)

3         Good cause exists to extend the deadline a third time.  The parties have finalized the

4    Settlement Agreement and related documents; however, they are still working on the Joint Motion

5    for Preliminary Class Action Approval and request an additional ten (10) days' time to do the

6    same.  As a result, the parties would like until February 11, 2022 to submit the Joint Motion.

7         This Stipulation is made in good faith and is not intended for purposes of delay.

8    DATED this 31st day of January, 2022.        DATED this 31st day of January, 2022.

9    BROWN, LLC                                   OGLETREE, DEAKINS, NASH, SMOAK & STEWART,
                                                  P.C.
10

11   */s/ Nicholas R. Conlon*                     */s/ Dana B. Salmonson*

12   Nicholas R. Conlon (*admitted pro hac vice*)  Anthony L. Martin
     Jason T. Brown (*admitted pro hac vice*)      Nevada Bar No. 8177
     111 Town Square Place, Suite 400              Dana B. Salmonson
13   Jersey City, NJ  07310                        Nevada Bar No. 11180
                                                   10801 W. Charleston Blvd.
14   Don Springmeyer                               Suite 500
     Nevada Bar No. 1021                           Las Vegas, NV  89135
15   KEMP JONES, LLP                               *Attorneys for Defendant*
16   3800 Howard Hughes Parkway
     Wells Fargo Tower, 17th Floor
17   Las Vegas, NV  89169
     *Attorneys for Plaintiff*
18

19

20                              **ORDER**

21        IT IS SO ORDERED.

22

23

24                              RICHARD E. BOULWARE, II
                                **United States District Court**
25                              DATED this 31st day of January, 2022.

26

27

28

50119297.v1-OGLETREE