ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorney for Defendant TELUS International (U.S.) Corp.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIELLE MEAGHER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TELUS INTERNATIONAL (U.S.) CORP.,<br><br>Defendant. | Case No.:   2:20-cv-02074-RFB-DJA<br><br>**MOTION AND ~~PROPOSED~~ ORDER FOR WITHDRAWAL OF DANA B. SALMONSON AS COUNSEL OF RECORD AND REMOVAL FROM CM/ECF SERVICE LIST** |

Pursuant to Local Rule IA 11-6(b), Anthony L. Martin of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby requests that Dana B. Salmonson be removed from the instant action as an attorney of record for Defendant TELUS International (U.S.) Corp. ("Defendant") as Ms. Salmonson is no longer with the firm.

This Motion is made in good faith and will not result in the delay of discovery, trial, or any hearing in this case.  Defendant will continue to be represented by Anthony L. Martin.

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

Anthony L. Martin also respectfully requests that Ms. Salmonson be removed from the CM/ECF filing notification in this matter.

DATED this 19th day of September, 2023.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Anthony L. Martin*
Anthony L. Martin
Nevada Bar No. 8177
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
*Attorney for Defendant TELUS International (U.S.) Corp.*

IT IS SO ORDERED.

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 20, 2023

58293467.v1-OGLETREE

# CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the foregoing **MOTION AND PROPOSED ORDER FOR WITHDRAWAL OF DANA B. SALMONSON AS COUNSEL OF RECORD AND REMOVAL FROM CM/ECF SERVICE LIST** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Don Springmeyer
Nicholas R. Conlon
Jason T. Brown

Pursuant to FRCP 5(b), I hereby further certify that service of the foregoing was also made this day by depositing a true and correct copy of same for mailing, first class mail, postage prepaid thereon, at Las Vegas, Nevada, addressed to the following:

Don Springmeyer
KEMP JONES, LLP
3800 Howard Hughes Parkway
Wells Fargo Tower, 17th Floor
Las Vegas, NV  89169
*Attorneys for Plaintiff*

Nicholas R. Conlon
Jason T. Brown
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NJ  07310
*Attorneys for Plaintiff*

DATED this 19th day of September, 2023.

*/s/ Monica Gonzalez*
An Employee of OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.