ANTHONY L. MARTIN, ESQ
Nevada Bar No. 8177
anthony.martin@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, Nevada 89135
Telephone: 702-369-6800
Fax: 702-369-6888

*Attorneys for Defendant TELUS International (U.S.) Corp.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIELLE MEAGHER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TELUS INTERNATIONAL (U.S.) CORP.,<br><br>Defendant. | **Case No. 2:20-CV-02074-RFB-DIA**<br><br>**<u>CLASS ACTION</u>**<br><br>**JOINT STATUS REPORT REGARDING ADDITIONAL NOTICE OF SETTLEMENT** |

Pursuant to the Court's Order dated May 22, 2024 (ECF No. 62), Plaintiff Brielle Meagher ("Plaintiff") and Defendant TELUS International (U.S.) Corp ("Defendant"), (collectively the "Parties") by and through their respective counsel of record, hereby respectfully submit this Joint Status Report concerning the status of the additional Settlement notice as Ordered by the Court during the May 9, 2024 Fairness Hearing.

The claims administrator, Simpluris, has taken extensive steps pursuant to the Court's directive to ensure the collective is well notified about their rights to participate in the action. Plaintiff's Counsel and Defense Counsel have continually met and conferred and interfaced with the claims administrator to ensure the process keeps moving forward, and to date, the efforts have resulted in significant more participation as detailed herein:

1. Simpluris mailed hard copies of the additional Settlement notice to the FLSA collective members on or about June 6, 2024. The notice provides the employees with an additional forty-five (45) days to opt in and join the Settlement. The new claim deadline is July 22, 2024.

2. In addition to the hard copy mailing, there are three (3) scheduled email notice blasts to the collective members. The first and second email blasts went out to the employees on June 6, 2024, and June 20, 2024, respectively. Simpluris will send the third and last email blast on or about July 11, 2024.

3. Moreover, since June 11, 2024, Simpluris has been calling the FLSA collective members who have not opted in and will continue to call and speak with the members through this additional notice period. Each putative FLSA collective member is scheduled to be called three (3) times, in addition to the hard copy notice and three (3) email notice blasts.

4. The website teluswagesettlement.com remains active throughout this additional period and accepts opt-in claim forms.

5. As of this writing, the total number of participating FLSA settlement members has increased from 595 to 1330, representing an increased opt-in rate of 42.6%.

6. The Parties submit to the Court that the above-described additional notice process has been fruitful, and the collective has been well noticed about its rights. If the Court is satisfied with this

process, the Parties will not request any extension, and will file a supplemental motion for final approval of settlement by August 23, 2024, which, if approved, will hopefully result in the collective and class members receiving payments by year's end and allowing everyone to close this matter out.

7. If the Court deems sending text messages necessary as an additional step for notice to the collective members who have not yet opted-in or been heard from, the Parties respectively request an Order allowing Simpluris to do so, to comply with the Federal Communications Commission regulations related to text messages.

8. In the case the Court directs the text messages to be sent to the remaining FLSA putative collective members, and depending on the date of the Court Order, the Parties respectfully requests a two (2) week time period be granted for sending these text messages, and an extension of the additional notice period if such two (2) week time period goes beyond the new deadline of July 22, 2024 to August 5th, 2024. Under these circumstances, the Parties anticipate filing the supplemental motion for final approval of settlement within five (5) weeks of the revised notice deadline.

9. The Parties are of course willing and able to update the Court with more detail either via writing or via a status conference and thank the Court for its consideration.

DATED this 1st day of July 2024.

Respectfully submitted,

KEMP JONES, LLP

/s/ *Don Springmeyer*
Don Springmeyer, Esq. (NV Bar No. 1021)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

Zijian Guan (*admitted pro hac vice*)
Nicholas R. Conlon (*admitted pro hac vice*)
Jason T. Brown (*admitted pro hac vice*)
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, New Jersey 07310
*Attorneys for Plaintiff*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
*/s/ Anthony L. Martin*
Anthony L. Martin, Esq. (NV Bar No.8177)
10801 W. Charleston Blvd., Suite 500
Las Vegas, Nevada 89135
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of July, 2024, a true and correct copy of **JOINT STATUS REPORT REGARDING ADDITIONAL NOTICE OF SETTLEMENT** was served via the United States District Court CM/ECF system on all parties listed on the service list.

*/s/ Pamela McAfee*
An employee of Kemp Jones, LLP